5

United States District Court
Southern District of Texas
ENTERED

NOV 13 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| U.S INTER-MEX TRANSPORTATION, INC., LYNN WARREN BRYANT and RAMIRO ESCOBAR, Individually,  Plaintiff | § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-98-66 JURY |
| LYNN NORDQUIST,  Defendant | § § § | |

**ORDER**

Pending before this Court is Defendant Lynn Nordquist's First Supplemental Motion to Dismiss for Improper Venue. Having considered Defendant's arguments and authorities, the Court **ORDERS** that said Motion be **GRANTED**.

DONE at Brownsville, Texas, on the _12_ of _November_ 1998.

_____
Hilda G. Tagle
United States District Judge